**FORM 8A. Entry of Appearance** **Form 8A (p.1)**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1577

**Short Case Caption:** Ingevity Corporation v. BASF Corporation

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Ingevity Corporation, Ingevity South Carolina, LLC

| | |
|---|---|
| **Principal Counsel:** J. Wesley Earnhardt | Admission Date: 03/25/2024 |
| Firm/Agency/Org.: Cravath, Swaine & Moore LLP | |
| Address: 825 Eighth Avenue, New York, New York 10019 | |
| Phone: (212) 474-1000 | Email: WEarnhardt@cravath.com |
| **Other Counsel:** Sharonmoyee Goswami | Admission Date: 06/10/2014 |
| Firm/Agency/Org.: Cravath, Swaine & Moore LLP | |
| Address: 825 Eighth Avenue, New York, New York 10019 | |
| Phone: (212) 474-1000 | Email: SGoswami@cravath.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 03/27/2024        Signature: /s/ Sharonmoyee Goswami

                        Name:      Sharonmoyee Goswami